UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARCUS L LEWIS,

        Plaintiff,

  v.

MICHAEL SZUDARSKI et al.,

        Defendants.

Case No. 24-cv-0150-bhl

## ORDER DENYING UNSUPPORTED AND PREMATURE MOTION FOR SUMMARY JUDGMENT

      In this Section 1983 case, *pro se* Plaintiff Marcus Lewis is pursuing Fourth Amendment claims against Defendants Michael Szudarski, Andrew Bilda, Steven Haw, Quiton Miller, Francisco J Izquierdo, and Yia Vang. The Court entered a scheduling order on July 30, 2024, setting deadlines for the parties to exchange initial disclosures, to complete fact and expert discovery, and to file motions for summary judgment. (ECF No. 27.) The current deadline to file motions for summary judgment is June 13, 2025. (*Id.* at 2.)

      On November 14, 2024, Lewis filed a three-page document he captioned a "Motion Request for Summary Judg[]ment," requesting the Court enter "summary judgment for settlement of $750,000" in his favor. (ECF No. 39.) The motion does not comply with Federal Rule of Civil Procedure 56 or Civil Local Rule 56, which govern procedure for summary judgment motions. Lewis did not provide a memorandum of law, as required by Civil Local Rule 56(b)(1)(A), or a statement of proposed material facts, as required by Civil Local Rule 56(b)(1)(C). Nor did he comply with the procedural requirements set forth in Federal Rule of Civil Procedure 56(c). The motion is therefore summarily denied.[1]

      Although the Court is sensitive to Lewis's pro se status, he is "not entitled to a general dispensation from the rules of procedure." *See Jones v. Phipps*, 39 F.3d 158, 163 (7th Cir. 1994).

---

[1] On December 13, 2024, Defendants filed a motion to strike Lewis's summary judgment motion or, alternatively, extend the time to respond until the close of discovery. (ECF No. 41.) Given the Court's order, Defendants' motion is denied as moot.

The Court reminds Lewis that it has set a schedule governing this case and he is expected to adhere to the schedule. Any continued failure to comply with the Court's Local Rules or Orders may result in sanctions.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Marcus Lewis's Motion for Summary Judgment, ECF No. 39, is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Strike, ECF No. 41, is also **DENIED** as moot.

Dated at Milwaukee, Wisconsin on December 18, 2024.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge