UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARCUS L LEWIS,

Plaintiff,

Case No. 24-cv-0150-bhl

v.

MICHAEL SZUDARSKI, et al

Defendants.

## ORDER DENYING PLAINTIFF'S MOTIONS

Plaintiff Marcus Lewis is a *pro se* litigator who has filed six cases in this District over the past two years. (ECF No. 1); *Lewis v. Bilda*, No. 24-cv-00589-BHL (E.D. Wis. May 13, 2024); *Lewis v. City of Cudahy*, No. 24-cv-00918-BHL (E.D. Wis. Jul. 19, 2024); *Lewis v. Ludwig*, No. 24-cv-01013-PP (E.D. Wis. Aug. 9, 2024); *Lewis v. City of Cudahy*, No. 24-cv-01492-BHL (E.D. Wis. Nov. 18, 2024); *Lewis v. Dugan*, No. 25-cv-00645-BHL (E.D. Wis. May 2, 2025). All six cases have been dismissed, with only this one surviving screening. Ultimately, Lewis's claims for all six lawsuits relate to arrests and subsequent court proceedings in which he believes he was not treated properly. In this case, the Court granted summary judgment to the Defendants based on their submission of uncontroverted evidence that they had not violated Lewis's Fourth Amendment rights, leaving his allegations to the contrary unsupported. (ECF No. 108.) Six days after the Court's summary judgment order, Lewis filed a "Motion to Reinstate Case/Motion to Vacate Dismissal and Reinstate Civil Case," which the Court construed as a motion under Federal Rule of Civil Procedure 59(e) and denied. (ECF Nos. 110 & 116.) Lewis then filed a "Motion for summary judgment based on fraud on the court rule 60(d)(3)," (ECF No. 117), which the Court also denied, (ECF No. 120).

Lewis has since filed more motions challenging the Court's ruling. In two motions titled "Motion to Set Aside Judgment For Fraud on the Court Under Rule 60(d)(3)," Lewis repeats arguments the Court has already rejected, including making allegations of misconduct and bias related to a scheduling conference and expressing his disagreement with the Court's handing of

his post-summary judgment motions.  (ECF Nos. 121 & 122.)  These motions will be denied for the reasons explained in the Court' s prior orders.   Lewis also filed a motion for leave to file physical media, which he contends is related to "pending matters in this case, including the Petition for Writ of Mandamus and allegations of fraud on the [C]ourt."  (ECF No. 124.)  But he has no pending matters before this Court.  His case was dismissed months ago, and he has not filed a notice of appeal or a petition for a writ of mandamus.  The Court will therefore also deny this motion.  Finally, Lewis has also filed two motions requesting that a different judge hear his case, that the Court force Defendants to reply to one of his filings, and that the Court order a settlement conference.  (ECF Nos. 130 & 131.)  These requests are frivolous and will be denied.

The Court has previously warned Lewis that if he continues to submit frivolous filings, he might be subject to sanctions.  (ECF No. 120); *Dugan*, No. 25-cv-00645, ECF No. 8 at 4 (May 27, 2025).  Lewis has ignored this warning by continuing to file frivolous motions that do not comply with the Federal Rules of Civil Procedure in a case that has been closed for months.  He has also made baseless allegations of misconduct against the Court, the Clerk of Court's office, and opposing counsel.  He is already subject to an order banning him from filing any additional complaints related to the events underlying his six lawsuits.  *Dugan,* No. 25-cv-00645-BHL, ECF No. 8 at 4 (May 27, 2025).   Because the prior filing bar and the Court's repeated warnings have not deterred Lewis, the Court will impose an additional bar.  The Court directs the Clerk of Court to return any additional filings from Lewis in this case, or any of his other closed cases.  The restriction imposed by this order does not restrict Lewis from filing a notice of appeal.

Accordingly,

**IT IS HEREBY ORDERED** that Lewis's Motions to Set Aside Judgment For Fraud on the Court Under Rule 60(d)(3), ECF Nos. 121 & 122, Motion for Leave to File Physical Media, ECF No. 124, and "Omnibus Motion[s]," ECF Nos. 130 & 131, are **DENIED**.

**IT IS FURTHER ORDERED** that Lewis is **BARRED** from making any additional filing in any of his closed cases in this District.  The Clerk is instructed to return unfiled any papers submitted to this District, directly or indirectly, by Lewis or by anyone else on his behalf, in this case, or any of his other closed cases.  This Order shall remain in effect unless and until it is rescinded or modified by the Court.

Dated at Milwaukee, Wisconsin, on July 17, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge